No. 99–7603. COREY v. HEALTH SOUTH CORPORATION OF ALABAMA ET AL. C. A. D. C. Cir. Certiorari denied.

No. 99–7605. COREY v. FLORIDA STATE DIVISION OF HUMAN SERVICES. C. A. D. C. Cir. Certiorari denied.

No. 99–7607. COREY v. RETCHIN, JUDGE, SUPERIOR COURT OF THE DISTRICT OF COLUMBIA. C. A. D. C. Cir. Certiorari denied.

No. 99–7608. COREY v. SIDRANSKY. C. A. D. C. Cir. Certiorari denied.

No. 99–7609. COREY v. COREY ET AL. C. A. D. C. Cir. Certiorari denied.

No. 99–7610. COREY v. PAMPER ET AL. C. A. D. C. Cir. Certiorari denied.

No. 99–7611. COREY v. DOWLING ET AL. C. A. D. C. Cir. Certiorari denied.

No. 99–7612. ABE v. MICHIGAN STATE UNIVERSITY. Ct. App. Mich. Certiorari denied.

No. 99–7622. MCGILBERRY v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 99–7626. IOANE v. TRIPLETT ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–7629. BRITZ v. COWAN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 99–7632. THOMAS, AKA TURNER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–7637. HEDGEPETH v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 99–7641. FEE v. BORGERT, WARDEN. C. A. 6th Cir. Certiorari denied.